UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO McKINNEY,<br><br>          Petitioner,<br><br>   v.<br><br>G. SMITH,<br><br>          Respondent. | No. CV 17-2578 JAK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 1, 2017

JOHN A. KRONSTADT
United States District Judge